**FILED**
**FEBRUARY 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**08 C 1185**

In the Matter of

Federal Trade Commission v. Safe Harbour Foundation of Florida, Inc., et al.

Case Number:

**JUDGE GUZMAN**
**MAGISTRATE JUDGE VALDEZ**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Federal Trade Commission, Plaintiff

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE *[signed]* |
| NAME David A. O'Toole | NAME Guy G. Ward   J. N. |
| FIRM Federal Trade Commission-Midwest Region | FIRM Federal Trade Commission-Midwest Region |
| STREET ADDRESS 55 W. Monroe, Ste. 1825 | STREET ADDRESS 55 W. Monroe, Ste. 18625 |
| CITY/STATE/ZIP Chicago, IL 60603 | CITY/STATE/ZIP Chicago, IL 60603 |
| TELEPHONE NUMBER 312-960-5634 / FAX NUMBER 312-960-5600 | TELEPHONE NUMBER 312-960-5634 / FAX NUMBER 312-960-5600 |
| E-MAIL ADDRESS dotoole@ftc.gov | E-MAIL ADDRESS gward@ftc.gov |
| IDENTIFICATION NUMBER 6227010 | IDENTIFICATION NUMBER 6217011 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [X] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE |
| NAME Marissa J. Reich | NAME |
| FIRM Federal Trade Commission | FIRM |
| STREET ADDRESS 55 W. Monroe, Ste. 1825 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60603 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-960-5634 / FAX NUMBER 312-960-5600 | TELEPHONE NUMBER / FAX NUMBER |
| E-MAIL ADDRESS mreich@ftc.gov | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER 6283816 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [ ] NO [X] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |