IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>　　　　Plaintiff, )<br>　　v. )<br>SAFE HARBOUR FOUNDATION OF FLORIDA, )<br>　INC., a Florida corporation, *et al.*, )<br>　　　　Defendants. ) | Civil Action No. 08 C 1185<br>Judge Guzman |

## NOTICE OF MOTION

**TO:**   See Attached Service List

PLEASE TAKE NOTICE that on March 25, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff Federal Trade Commission will appear before the Honorable Judge Ronald A. Guzman, in his courtroom at 219 South Dearborn Street, in Chicago, Illinois, and present the FTC's Motion to Continue Initial Status Hearing, copies of which are attached hereto and are hereby served on you.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　WILLIAM BLUMENTHAL
　　　　　　　　　　　　　　　　　　General Counsel

DATED: March 18, 2008　　　　　　/s/ David A. O'Toole
　　　　　　　　　　　　　　　　　　DAVID A. O'TOOLE
　　　　　　　　　　　　　　　　　　GUY G. WARD
　　　　　　　　　　　　　　　　　　MARISSA J. REICH
　　　　　　　　　　　　　　　　　　Federal Trade Commission
　　　　　　　　　　　　　　　　　　55 West Monroe Street, Ste. 1825
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　(312) 960-5634 [telephone]
　　　　　　　　　　　　　　　　　　(312) 960-5600 [facsimile]
　　　　　　　　　　　　　　　　　　dotoole@ftc.gov
　　　　　　　　　　　　　　　　　　gward@ftc.gov

## CERTIFICATE OF SERVICE

I, David A. O'Toole, hereby certify that on March 18, 2008, I electronically filed the foregoing **Notice of Motion**, and **FTC's Motion to Continue Initial Status Hearing**, with the Court using the CM/ECF system. I hereby certify that, on the same day, I sent copies of these filings by Federal Express delivery to the following:

(for himself and defendant/respondents Silverstone Lending LLC, Silverstone Financial LLC, and Southeast Advertising, Inc.)
Thomas C. Little
2123 NE Coachman Rd., Ste. A
Clearwater, FL 33765
(727) 443-5773

Bonnie Harris
(at her home address)

Christopher Tomasulo
(at his home address)

(representing Keystone Financial, LLC, now known as Vertek Group LLC)
Scott L. Smith, Esq.
Bowler Dixon Smith & Twitchell LLP
400 N. Stephanie Street, Suite 235
Henderson, NV 89014

MT 25 LLC
c/o Ival Sub Consulting
514 Annet St.
Henderson, NV 89052

and by U.S. mail to:

Peter J. Porcelli
Fort Dix Federal Correction Institute
5756 Hartford & Pointville Road
Fort Dix, NJ 08640

/s/ David A. O'Toole
David A. O'Toole
Attorney for Plaintiff
Federal Trade Commission