**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-1185 |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| VS. | |
| SAFE HARBOUR FOUNDATION OF FLORIDA, ETC., ET AL., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SAFE HARBOUR FOUNDATION

| NAME (Type or print) |
|---|
| WAYNE B. GIAMPIETRO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ WAYNE B. GIAMPIETRO |
| FIRM |
| STITT, KLEIN, DADAY, ARETOS & GIAMPIETRO, LLC |
| STREET ADDRESS |
| 121 S. WILKE, SUITE 500 |
| CITY/STATE/ZIP |
| ARLINGTON HEIGHTS, IL 60005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 409776 | 847-590-8700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✔ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐