UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　Case Number: 1:08-cv-01185
　　　　　　　　　　　　　　　　　　　　　Judge Guzman

**SAFE HARBOUR FOUNDATION OF
FLORIDA, INC., a Florida corporation,**
*et al.*,

    **Defendants.**

_____/

## AFFIDAVIT OF ANTHONY N. AMICO

| | |
|---|---|
| **STATE OF FLORIDA** | ) |
| **COUNTY OF PINELLAS** | ) |

    BEFORE ME, the undersigned authority, personally appeared Anthony N. Amico, as President of Southeast Advertising, Inc., Defendant in the above-styled action, this 25th day of March, 2008, who, after being duly deposed and sworn, states as follows:

1. My full name is Anthony N. Amico, and I am the President of Defendant Southeast Advertising, Inc. (hereinafter "Southeast Advertising"). I have full knowledge of the matters addressed herein.

2. I am over eighteen (18) years old, and I reside in Pinellas County, Florida.

3. Southeast Advertising is a Florida corporation, with its principal place of business at 2123 NE Coachman Road, Suite A, Clearwater, Florida 33765, and is engaged in wholly *intrastate* transactions within the State of Florida.

1

4. Southeast Advertising does not and has not transacted business in Illinois.

5. Southeast Advertising does not and has not contracted with an Illinois resident or entity.

6. Southeast Advertising does not and has not collected any fees or commissions from Illinois borrowers, and in fact does not and has not collected any fees or commissions at all in its regular course of business.

7. Southeast Advertising does not and has not advertised in Illinois.

8. Southeast Advertising does not and has not maintained an office in Illinois.

9. Southeast Advertising does not and has not had employees or agents in Illinois.

10. Southeast Advertising does not and has not solicited any mortgage loans in Illinois, and in fact does not and has not solicited any mortgage loans at all in its regular course of business.

11. Southeast Advertising does not and did not negotiate with Illinois residents or entities.

12. Southeast Advertising does not and did not purchase or have assigned mortgage loans that were secured by Illinois property.

13. Any mortgage loans referred to in the Complaint filed herein were purchased by or assigned to Southeast Advertising, a Florida corporation, and purchased from or assigned by Silverstone Lending, a Florida corporation.

14. Any mortgage loans referred to in the Complaint were held by Florida residents and secured by property located in Florida.

15. Southeast Advertising had no dealings with the original borrowers (all Florida residents) allegedly harmed, and only dealt with Silverstone Lending, any such dealings occurring in Florida.

16. I have given the facts set forth in this Affidavit voluntarily, recognizing that it is to be used in submission in a court of law and under oath.

17. I have given this statement freely and voluntarily.

FURTHER AFFIANT SAYETH NOT.

_____
Anthony N. Amico, President
Southeast Advertising, Inc.

SWORN TO AND SUBSCRIBED before me this 25th day of March, 2008, by Anthony N. Amico, who is personally known to me or has produced _____ as identification.



_____
Notary Public, State of Florida

Printed name of notary: Sandra L. Byrd

My commission expires: _____

My commission number is: _____