IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 01185 |
| | ) |
| SAFE HARBOUR FOUNDATION OF | ) |
| FLORIDA, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**Motion of Wayne B. Giampietro to Withdraw appearance for
Safe Harbour Foundation of Florida, Inc.**

Now comes WBG and moves the Court for leave to withdraw his appearance on behalf of Defendant Safe Harbour Foundation of Florida, Inc., and in support thereof represents unto the Court as follows:

1. On March 26, 2008, counsel for filed an appearance on behalf of Defendant Safe Harbour Foundation of Florida, Inc.

2. That appearance was filed on behalf of the wrong defendant. Counsel has been retained to represent Southeast Advertising, Inc., not Safe Harbour.

3. The appearance on behalf of Safe Harbour was inadvertent and in error, as counsel had no authority to enter the appearance on behalf of Safe Harbour.

WHEREFORE, Wayne B. Giampietro, prays that he be given leave to withdraw his appearance on behalf of Safe Harbour Instanter.

S/WAYNE B.GIAMPIETRO
WAYNE B. GIAMPIETRO
Stitt, Klein, Daday, Aretos & Giampietro
121 S. Wilke, Suite 500
Arlington Heights, IL 60005
847-590-8700