IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 01185 |
| | ) |
| SAFE HARBOUR FOUNDATION OF | ) |
| FLORIDA, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:   DAVID A. O'TOOLE, GUY C. WARD, MARISSA J. REICH, FEDERAL TRADE COMMISSION - MIDWEST REGION, 55 W. MONROE, SUITE 1825, CHICAGO, il 60603

PLEASE TAKE NOTICE that on May 7, 2008, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, Room 1219, United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and then and present MOTION OF WAYNE B. GIAMPIETRO TO WITHDRAW AS ATTORNEY FOR SAFE HARBOUR FOUNDATION OF FLORIDA, INC., INSTANTER.

S/WAYNE B.GIAMPIETRO
WAYNE B. GIAMPIETRO
Stitt, Klein, Daday, Aretos & Giampietro
121 S. Wilke, Suite 500
Arlington Heights, IL 60005
847-590-8700

CERTIFICATE OF SERVICE

I served counsel ast listed above via electronic means on March 26, 2008, prior to 5:00 p.m.

S/ WAYNE B. GIAMPIETRO
WAYNE B. GIAMPIETRO