440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Federal Trade Commission

v.

Safe Harbour Foundation of Florida, Inc.,
Silverstone Lending LLC, Silverstone
Financial, LLC, Keystone Financial, LLC,
Southeast Advertising, Inc., MT 25 LLC,
Peter J. Porcelli, II, Bonnie Harris, and
Christopher Tomasulo

### SUMMONS IN A CIVIL CASE

CASE NUMBER:        08-cv-1185

ASSIGNED JUDGE: J. GUZMAN

DESIGNATED
MAGISTRATE JUDGE: M.J. VALDEZ

TO: (Name and address of Defendant)

Bonnie Harris
25307 Ivanhoe
Redford, MI 48239

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. O'Toole
Federal Trade Commission
55 W. Monroe St., Suite 1825
Chicago, IL  60603

ı answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
ımmons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
ıe relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period
f time after service.

1ICHAEL W. DOBBINS, CLERK

**URI ISUFI**

ı) DEPUTY CLERK

FEB 2 8 2008

DATE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  3-14-2008 @ 2:19pm |
|---|---|
| AME OF SERVER (PRINT)  W SZKWTNICK | TITLE  PSO |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  BoNNiE HArris, 25307 IvanHoe st, Redford Mi, 48239

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify):  Def's Description: w/f, 43yrs. 5'6", 170lbs Brown hair

_____

_____

## STATEMENT OF SERVICE FEES

| AVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-14-2008
Date

Signature of Server

Taylor, Mi 48183
Address of Server

SUZANNE M. GLENFIELD
NOTARY PUBLIC, STATE OF MICHIGAN
COUNTY OF OAKLAND
MY COMMISSION EXPIRES July 4, 2013
ACTING IN THE COUNTY OF Oakland

Suzanne M. Glenfield

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.