AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Federal Trade Commission
v.
Safe Harbour Foundation of Florida, Inc., Silverstone Lending LLC, Silverstone Financial, LLC, Keystone Financial, LLC, Southeast Advertising, Inc., MT 25 LLC, Peter J. Porcelli, II, Bonnie Harris, and Christopher Tomasulo

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-cv-1185

ASSIGNED JUDGE: J. GUZMAN

DESIGNATED
MAGISTRATE JUDGE: M.J. VALDEZ

TO: (Name and address of Defendant)

Christopher Tomasulo
250 New York Ave., Apt. #308
Dunedin, FL 34698-8045



FTCI3L
2/29/08
16040
SERVED
DATE: 3/24
TIME: 11:25
WHO: Audrey Easterday

6139 D5

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. O'Toole
Federal Trade Commission
55 W. Monroe St., Suite 1825
Chicago, IL 60603

MILITARY
YES   NO

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

LIRI ISUFI
DEPUTY CLERK

FEB 28 2008
DATE

○ 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/24/08 @ 11:25 Am |
| AME OF SERVER (PRINT) Shanna Segel | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Audrey Easterday, Co-Resident

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/28/08
Date

Signature of Server

1701 Arch Street
Tampa, Fl 33607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.