

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Christopher Tomasulo_
(Please print)

STREET ADDRESS: _873 West Bay Drive #136_

CITY/STATE/ZIP: _Largo FL 33770_

PHONE NUMBER: _727-776-2062_

CASE NUMBER: _1:08-CV-01185_

_[signature]_      _04-12-2008_
Signature          Date

**FILED**

APR 15 2008  NF
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT