

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No. 1:08-cv-01185
Judge Ronald A. Guzman

FEDERAL TRADE COMMISSION,
    Plaintiff,

v.

SAFE HARBOUR FOUNDATION OF FLORIDA, INC.,
a Florida corporation, et al.,
    Defendants.
_____/

**FILED**
APR 1 5 2008
APR 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION

**TO: See Attached Service List**

PLEASE TAKE NOTICE that on May 8, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendant Christopher Tomasulo will appear before the Honorable Judge Ronald A. Guzman, in his courtroom at 219 South Dearborn Street, in Chicago Illinois, and present CHRISTOPHER TOMASULO'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED AND MEMORANDUM OF LAW IN SUPPORT THEREOF, copies of which are attached hereto and are hereby served on you.

Dated: April 12, 2008

Respectfully Submitted,

Christopher Tomasulo
873 West Bay Drive
PMB 136
Largo, FL 33770