## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

| | | |
|---|---|---|
| Federal Trade Commission | | |
| | Plaintiff, | |
| v. | | Case No.: 1:08−cv−01185 |
| | | Honorable Ronald A. Guzman |
| Safe Harbour Foundation of Florida, Inc., et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

MINUTE entry before Judge Honorable Ronald A. Guzman: Defendant Tomasulo's motion to dismiss/lack of jurisdiction[26] is taken under advisement. Response is due by 5/2/2008. Reply is due by 5/9/2008. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.