# CERTIFICATE OF SERVICE

   I, David A. O'Toole, hereby certify that on April 25, 2008, I electronically filed the foregoing **FTC's Response to Southeast Advertising's Motion to Dismiss**, with the Court using the CM/ECF system, which will automatically send copies to all registered counsel. I hereby certify that, on the same day, I sent copies of these filings by Federal Express delivery to the following:

Bonnie Harris
(at her home address)

Christopher Tomasulo
(at his home address)

(for Keystone Financial, LLC, now known as Vertek Group LLC)
Scott L. Smith
Bowler Dixon Smith & Twitchell LLP
400 N. Stephanie Street, Suite 235
Henderson, NV 89014

MT 25 LLC
c/o Ival Sub Consulting
514 Annet St.
Henderson, NV 89052

and by US mail to:
Peter J. Porcelli
Federal Correctional Institution
P.O. Box 2000
Fort Dix, NJ  08640

Peter J. Porcelli
FDC Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, PA  19106

              /s/ David A. O'Toole
              David A. O'Toole
              Attorney for Plaintiff
              Federal Trade Commission