# United States District Court
# Northern District of Illinois

In the Matter of

Federal Trade Commission

v.

Safe Harbour Foundation of Florida, Inc. et. al.

Case No. 08 C 1185

Designated Magistrate Judge
Maria Valdez

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Ronald A. Guzman** to be related to **02 C 5762** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge John W. Darrah

Dated: April 30, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John W. Darrah**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated: MAY - 1 2008

Finding of Relatedness (Rev. 9/99)