## United States District Court for the Northern District of Illinois

Case Number: 08CV1185          Assigned/Issued By: J. N.

Judge Name:                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☒ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____               Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☒ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          _____
☐ Writ _____              (Victim, Against and $ Amount)
       (Type of Writ)

__2__ Original and __2__ copies on __5-5-08__ as to SAFE HARBOUR FOUNDATION
                                       (Date)
OF FLORIDA, INC.; PETER J. PORCELLI, II
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05