IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 01185 |
| | ) |
| SAFE HARBOUR FOUNDATION OF | ) |
| FLORIDA, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT SOUTHEAST ADVERTISING, INC.'S NOTICE OF WAIVER OF FILING REPLY TO FTC'S RESPONSE TO MOTION TO DISMISS**

Defendant Southeast Advertising, Inc. ("Southeast"), by and through its undersigned counsel, hereby notifies the Court that Southeast waives the filing of a Reply to the Federal Trade Commission's Response to Southeast's Motion to Dismiss for Lack of Personal Jurisdiction.

S/WAYNE B. GIAMPIETRO
WAYNE B. GIAMPIETRO
Stitt, Klein, Daday, Aretos & Giampietro
121 S. Wilke, Suite 500
Arlington Heights, IL 60005
847-590-8700

Luke Lirot
Luke Charles Lirot, P.A.
2240 Belleair Road, Suite 190
Clearwater, FL 33764
727-536-2100

Counsel for Defendant Southeast Advertising, Inc.

CERTIFICATE OF SERVICE

   I certify that a true and correct copy of the foregoing has been furnished via electronic filing to David O'Toole, Guy G. Ward and Marissa J. Reich, Counsel for the Federal Trade Commission, 55 W. Monroe, Suite 1825, Chicago, Illinois 60063 and has been furnished via U.S. mail to:

Bonnie Haris
25307 Ivanhoe
Redford, Michigan 33770

Christopher Tomasulo
873 W. Bay Drive, #136
Largo, FL 33770

Scott L. Smith
Counsel for Keystone Financial, LLC
Bowler, Dixon, Smith & Twitchell, LLP
400 N. Stephanie Street, Suite 235
Henderson, NV 89014

MT 25 LLC
C/O Ival Sub Consulting
514 Annet Street
Henderson, NV 89052

Peter J. Porcelli
FDC Philadelphia
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19106

and

Peter J. Porcelli
Federal Correction Institute
P.O. Box 2000
Fort Dix, NJ 08640

on May 9, 2008.             S/WAYNE B. GIAMPIETRO
                      WAYNE B. GIAMPIETRO