## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1185          Assigned/Issued By: j. n.

Judge Name:                     Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____                  Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☑ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____            ☐ Other
     *(Type of Writ)*                  _____
                                       *(Type of issuance)*

2 Original and 2 copies on 7-14-08 as to safe harbour foundation of
                         *(Date)*
FLORIDA, INC.; PETER J. PORCELLI, II
_____