AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Federal Trade Commission

v.

Safe Harbour Foundation of Florida, Inc.,
Silverstone Lending LLC, Silverstone Financial, LLC, Keystone Financial, LLC, Southeast Advertising, Inc., MT 25 LLC, Peter J. Porcelli, II, Bonnie Harris, and Christopher Tomasulo

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-cv-1185

ASSIGNED JUDGE: J. GUZMAN

DESIGNATED
MAGISTRATE JUDGE: M.J. VALDEZ

TO: (Name and address of Defendant)

Safe Harbour Foundation of Florida, Inc.
c/o Peter J. Porcelli, II
Fort Dix Federal Correction Institute
5756 Hartford & Pointville Road
Fort Dix, NJ 08640

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David A. O'Toole
Federal Trade Commission
55 W. Monroe St., Suite 1825
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

JAMES N. SUAREZ

(By) DEPUTY CLERK

DATE: JUL 1 4 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/17/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Weslie Fitzgerald JR | Deputy U.S. Marshal #3202 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: FCI Fort Dix Federal Correctional Institute, Fort Dix NJ 08640, Lt's office West Side

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/17/08
              Date

Signature of Server: [signed] Deputy U.S. Marshal

Address of Server: U.S. Marshals Service, 402 East State St. Trenton NJ 08601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

...artment of Justice
...States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Federal Trade Commission | 08C1185 |
| DEFENDANT | TYPE OF PROCESS |
| Safe Harbour Foundation of Florida | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Peter J. Porcelli, c/o Ft. Dix Federal Correctional Facility

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
5756 Hartford & Pointville Road, Fort Dix, NJ 08640

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

- Number of process to be served with this Form 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER   DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No.:
District to Serve No.: 50
Signature of Authorized USMS Deputy or Clerk
Date: 7/16/08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc, shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Same As Above Serve Individual

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/17/08   Time: 1:25 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $0.00 | 0.00 | — | $0.00 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00