**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SAFE HARBOUR FOUNDATION OF FLORIDA, )<br>  INC., a Florida corporation, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 08 C 1185<br>Judge Darrah |

### FTC'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, the Federal Trade Commission ("FTC" or "the Commission"), moves for an order preliminarily enjoining the defendants, Safe Harbour Foundation of Florida, Inc., Silverstone Lending, LLC, Silverstone Financial LLC, Keystone Financial, LLC, Southeast Advertising, Inc., MT25 LLC, Peter J. Porcelli, II, Bonnie A. Harris, and Christopher Tomasulo, from continuing to harm consumers through their mortgage foreclosure rescue scheme. As detailed in the attached memorandum, the defendants' operations violate the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601-1666j (including the Home Ownership and Equity Protection Act of 1994 ("HOEPA"), 15 U.S.C. § 1639), an implementing regulation of TILA entitled Regulation Z, 12 C.F.R. Part 226, and Section 5(a) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 45(a).

WHEREFORE, the Federal Trade Commission respectfully requests that the Court grant the FTC's motion for preliminary injunction and enter an order enjoining the defendants from taking any further actions in violation of law or continuing to damage their victims. A memorandum in support, and a proposed order accompany this motion.

                                                Respectfully Submitted,

                                                WILLIAM BLUMENTHAL
                                                General Counsel

DATE: August 14, 2008                /s/ David A. O'Toole
                                                DAVID A. O'TOOLE
                                                GUY G. WARD
                                                Federal Trade Commission
                                                55 West Monroe Street, Suite 1825
                                                Chicago, Illinois 60603
                                                (312) 960-5634 [telephone]
                                                (312) 960-5600 [facsimile]
                                                dotoole@ftc.gov
                                                gward@ftc.gov
                                                mreich@ftc.gov