IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08 C 1185 |
| v. ) | Judge Darrah |
| ) | |
| SAFE HARBOUR FOUNDATION OF FLORIDA, ) INC., a Florida corporation, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:**   See Attached Service List

PLEASE TAKE NOTICE that on August 27, at 9:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Federal Trade Commission will appear before the Honorable Judge John W. Darrah, in his courtroom at 219 South Dearborn Street, in Chicago, Illinois, and present the FTC's Motion Preliminary Injunction, copies of which are attached hereto and are hereby served on you.

Respectfully Submitted,

WILLIAM BLUMENTHAL
General Counsel

DATED: August 14, 2008

/s/ David A. O'Toole
DAVID A. O'TOOLE
GUY G. WARD
MARISSA J. REICH
Federal Trade Commission
55 West Monroe Street, Ste. 1825
Chicago, Illinois 60603
(312) 960-5634 [telephone]
(312) 960-5600 [facsimile]

**CERTIFICATE OF SERVICE**

      I, David A. O'Toole, hereby certify that on April 25, 2008, I electronically filed the foregoing **FTC's Motion for Preliminary Injunction**, with the Court using the CM/ECF system, which will automatically send copies to all registered counsel. I hereby certify that, on the same day, I sent copies of these filings, along with a proposed order, by Federal Express delivery to the following:

Luke Lirot, Esq.
2240 Belleair Road, Suite 190
Clearwater, FL 33764

Scott L. Smith
Bowler Dixon Smith & Twitchell LLP
400 N. Stephanie Street, Suite 235
Henderson, NV 89014

MT 25 LLC
c/o Ival Sub Consulting
514 Annet St.
Henderson, NV 89052

Thomas C. Little
2123 NE Coachman Rd., Ste. A
Clearwater, FL 33765
(727) 443-5773

Bonnie Harris/Werner
25563 Elsinore
Redford, MI 48239

Christopher Tomasulo
873 West Bay Dr., #136
Largo, FL 33770

**and by U.S. Mail to:**
Peter J. Porcelli, II
07734-025
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ  08640

                                        /s/ David A. O'Toole
                                        David A. O'Toole
                                        Attorney for Plaintiff
                                        Federal Trade Commission