## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1185 | **DATE** | 8/27/2008 |
| **CASE TITLE** | FTC vs. Safe Harbour Foundation of Florida | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/16/08 at 9:30 a.m. Defendant's motions to dismiss [10, 26] and plaintiff's motion for a preliminary injunction [44] are withdrawn without prejudice with leave to re-file on or before 10/16/08. The Court will set a briefing schedule at the 10/16/08 status hearing.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|