UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 08-C-1185-DARRAH |
| v. ) | |
| SAFE HARBOUR FOUNDATION OF ) | |
| FLORIDA, INC., a Florida corporation, ) | |
| ) | |
| PETER J. PORCELLI, II, ) | |
| individually and as officer, partner ) | |
| or member of Silverstone Lending, LLC ) | |
| Silverstone Financial LLC., and Safe ) | |
| Harbour Foundation of Florida, Inc. ) | |
| ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

FILED
SEP 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF

Comes now Defendant, Peter J. Porcelli, II ("Porcelli") Pro Se, and files this motion for extension of time to file a response to the above styled Civil Complaint For Injunctive And Other Equitable Relief. Porcelli sets forth the following in support of this motion:

1. Porcelli is presently incarcerated at FCI Fort Dix.
2. Porcelli is unable to retain counsel and is acting Pro Se.
3. Porcelli was served with summons and complaint in the above styled case on August 10, 2008.

4. The Law Library at FCI Fort Dix does not have the Local 7th Circuit Rules of Civil Procedure.

5. Porcelli requested said rules on or about July 29, 2008 when he was served with Motion For Order To Show Cause Why Defendant Should Not Be Held In Contempt, Case Number 02-C-5762.

6. Porcelli received response from Clerk's office August 21, 2008 with instructions for Porcelli to send $10.50 with information as to Porcelli's mailing address for said rules to be furnished to Porcelli.

7. Porcelli caused monies and information for Porcelli to receive rules to Clerk's Office on or about August 26, 2008 so as to receive rules as quickly as possible (see attachment).

8. Porcelli is not yet as of the date of this motion, in receipt of the local rules.

9. Without access to the Local 7th Circuit Rules, Porcelli is unable to prepare a meaningful and sufficient response to Plaintiff's Complaint For Injunctive And Other Equitable Relief.

10. Upon receipt of the 7th Circuit Local Rules of Civil Procedure, Porcelli will need sufficient time to research and prepare his response.

Wherefore, Porcelli requests this Honorable Court to grant him a 45 day extension of time to file his response to Plaintiff's Complaint For Injunctive And Other Equitable Relief.

Respectfully, Submitted,

*Peter J. Porcelli, II*
Peter J. Porcelli, II 07734-025
Federal Correctional Institution
P.O. Box 2000
Fort Dix, New Jersey, 08640

( 3 )

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by pre-paid First Class U.S. Mail by depositing same in the inmate mail system on August 28, to Plaintiff at the address furnished in their Complaint at 55 West Monroe Street in suite 1825, Chicago , Illinois,60603.

signed,

Peter J. Porcelli, II 07734-025

PETER J. PORCELLI, II

07734-025

FEDERAL CORRECTIONAL INSTITUTION

P.O. BOX 2000

FORT DIX, NEW JERSEY, 08640

August 26, 2008

Clerk, U.S. District Court
Attn: Cashier
219 South Dearborn - 20th Floor
Chicago, Illinois, 60604

Dear M. Clerk / Cashier:

Please be advised that I have just received your notice as to what procedure I must follow in order to receive a HARD COPY of the LOCAL RULES.

Please consider this to be my request you send me a hard copy of the local rules at your earliest convenience to me at the address above. Please be advised this is in connection with my being a party to the following case:
02-C-5762 Civil Action.

Please find enclosed my money order in the amount of $10.50 payable to Clerk, U.S. District Court.

I wish to thank you for your prompt attention to this matter in advance.

Respectfully Yours,

Peter J. Porcelli, II
# 07734-025
Federal Correctional Inst.
P.O. Box 2000
Fort Dix, New Jersey, 08640