# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 02 C 5762 |
| v. ) | Judge John W. Darrah |
| ) | |
| BAY AREA BUSINESS COUNCIL, INC., ) | |
| a Florida corporation, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 08 C 1185 |
| v. ) | |
| ) | |
| SAFE HARBOUR FOUNDATION OF FLORIDA, ) | |
| INC., a Florida corporation, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO ENTER FINAL STIPULATED JUDGMENTS

Plaintiff, Federal Trade Commission, hereby moves this Court to enter the attached Stipulated Orders for Permanent Injunction and Final Judgments, with respect to defendants (1) Peter J. Porcelli, II, Safe Harbour Foundation of Florida, Inc., Silverstone Lending, LLC, and Silverstone Financial, LLC, and (2) Southeast Advertising, Inc., respectively.

Inasmuch as these consent decrees resolve the Plaintiff's action against the last remaining defendant-respondents in this case, the matter can be closed upon entry of these orders.

Copies of the stipulated orders, signed by the parties, are attached to this motion.

Respectfully Submitted,

WILLARD K. TOM
General Counsel

| | |
|---|---|
| DATE: November 10, 2009 | /s/ David A. O'Toole |

DAVID A. O'TOOLE
GUY G. WARD
MARISSA J. REICH
Federal Trade Commission
55 West Monroe Street, Suite 1825
Chicago, Illinois 60603
(312) 960-5634 [telephone]
(312) 960-5600 [facsimile]

## CERTIFICATE OF SERVICE

I, David A. O'Toole, hereby certify that on November 10, 2009, I electronically filed the foregoing **Motion to Enter Final Stipulated Judgments**, with the Court using the CM/ECF system, which will automatically send copies to all registered counsel. A proposed judgment also was delivered electronically and by hand to Judge Darrah's chambers. I hereby certify that, on the same day, I sent courtesy copies of this filing, along with the proposed judgments, to the following:

**By U.S. Mail**
Peter J. Porcelli, II
07734-025
FPC Montgomery
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL 36112

/s/ David A. O'Toole
David A. O'Toole
Attorney for Plaintiff
Federal Trade Commission